IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

CHOICE HOTELS INTERNATIONAL, INC., :
a Delaware corporation, :
1 Choice Hotels Circle, Suite 400 :
Rockville, MD 20850 :
          Plaintiff :
      v. : Case No.: _____
ALPH OMEGA PROPERTY :
MANAGEMENT, LLC, :
a Tennessee limited liability company, :
SERVE: Nick Sheth, Registered Agent :
2793 Enclave Bay Drive :
Chattanooga, TN 37415 :
      and :
NICK SHETH :
2793 Enclave Bay Drive :
Chattanooga, TN 37415 :
          Defendants :

## APPLICATION TO CONFIRM ARBITRATION AWARD

Plaintiff Choice Hotels International, Inc. ("Choice"), through undersigned counsel, hereby moves this Honorable Court for an order confirming the arbitration award entered in favor of Choice and against defendants Alph Omega Property Management, LLC and Nick Sheth ("Defendants"), jointly and severally. In support of that motion, Choice states as follows:

1. Choice filed a claim against Defendants with American Arbitration Association ("AAA"), Case Number 16-20-1400-0126.

2. The arbitration award, dated October 3, 2014, is attached hereto as **Exhibit 1** (the "Award"). The Award disposed of all claims and awarded Choice the sum of $307,851.50 ($33,690.24 in past due franchise fees, $4,305.38 for audit fees, $244,800.00 in liquidated

damages, $17,204.38 in interest, and $7,851.50 for administrative expenses and arbitrator compensation). Attached as **Exhibit 2** is a copy of the section of the parties' franchise agreement that provides for arbitration.

WHEREFORE, in light of the foregoing and the attached, Choice Hotels International, Inc. respectfully requests that the Award attached hereto be confirmed, and that judgment be entered in favor of plaintiff Choice Hotels International, Inc. and against defendants Alph Omega Property Management, LLC and Nick Sheth, jointly and severally, in the amount of $307,851.50, plus post-judgment interest until paid.

Respectfully submitted,

CHOICE HOTELS INTERNATIONAL, INC.

By: _____
Kristen K. Bugel, Esq.
1 Choice Hotels Circle, Suite 400
Rockville, MD  20850
(301) 592-5191
*Counsel for Choice Hotels International, Inc.*

## GROUNDS AND AUTHORITIES IN SUPPORT OF APPLICATION TO CONFIRM ARBITRATION AWARD

1. United States Arbitration Act, 9 U.S.C. Sections 9, 13;

2. The documents referenced herein and attached hereto.

_____
Kristen K. Bugel, Esq.