## AMERICAN ARBITRATION ASSOCIATION
### Commercial Arbitration Tribunal

In the Matter of the Arbitration between

Re: 16-20-1400-0126
   Choice Hotels International, Inc. (Claimant)
   and
   Alph Omega Property Management, LLC
   and
   Nick Sheth (Respondents).

## AWARD OF ARBITRATOR

I, THE UNDERSIGNED ARBITRATOR, having been designated in accordance with the arbitration agreement entered into between Respondents Alph Omega Property Management, LLC, a Tennessee limited liability company and Nick Sheth, individually, jointly and severally, as franchisee, and Choice Hotels International, Inc., a Delaware corporation represented by Kristen Bugel, Esq, as franchisor pursuant to their Choice Hotels International, Inc. Franchise Agreement, effective as of June 7, 2010, as amended by Addenda Nos. 1, 2 and 3 (the "Agreement"), and having been duly sworn, and having duly heard the proofs and allegations of the Claimant at a hearing conducted by the Arbitrator on August 26, 2014 at the offices of Claimant as provided in the Agreement, and the Respondents having failed to appear at the hearing or otherwise having sought to participate in the hearing after due and sufficient notice in accordance with the Rules of the American Arbitration Association ("AAA"), the notification procedures of the AAA, and as provided in Section 21 (Arbitration) of the Agreement, do hereby AWARD, as follows:

1. Pursuant to the Agreement, Respondents, jointly and severally, shall pay to Claimant the amount of Thirty Three Thousand Six Hundred Ninety Dollars and Twenty-Four Cents ($33,690.24) for unpaid franchise and related fees plus the amount of Four Thousand Three Hundred Five Dollars and Thirty-Eight Cents ($4,305.38) for audit fees.
2. Pursuant to the Agreement, and consistent with applicable law, Respondents, jointly and severally, shall pay to Claimant the amount of Two Hundred Forty-Four Thousand Eight Hundred Dollars ($244,800.00) as allowable liquidated damages for lost profits resulting from Respondents' breach of the Agreement.
3. Pursuant to the Agreement, Respondents, jointly and severally, shall pay to Claimant the amount of Seventeen Thousand Two Hundred Four Dollars and Thirty-Eight Cents ($17,204.38) as interest.

Accordingly, Respondents, jointly and severally, shall pay to Claimant the amount of Three Hundred Thousand Dollars ($300,000.00), which is the total of the amounts listed above in Paragraphs 1, 2 and 3 and also is the total amount claimed by Claimant in this proceeding.

Pursuant to Section 16 of the Agreement, the administrative fees and expenses of the AAA totaling $4,050.00 shall be borne by Respondents, jointly and severally, and the compensation and expenses of the Arbitrator totaling $3,801.50 shall be borne by Respondents, jointly and severally. Therefore, Respondents shall jointly and severally reimburse Claimant the sum of $7,851.50, representing that portion of said fees and expenses in excess of the apportioned costs previously incurred by Claimant.

The above sums in the total amount of Three Hundred Seven Thousand Eight Hundred Fifty One Dollars and Fifty Cents ($307,851.50) shall be paid by Respondents to Claimant on or before thirty (30) days from the date of this Award. Interest shall continue to accrue in accordance with Section 4.f. of the Agreement until this amount is paid in full.

EXHIBIT 1

This Award is in full and final settlement of all claims submitted to this Arbitration. All claims not expressly granted herein are hereby, denied.

I, Howard G. Slavit, do hereby affirm upon my oath as Arbitrator that I am the individual described in and who executed this instrument which is my Award.

October 3, 2014
Date

Howard G. Slavit, Arbitrator