IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| CHOICE HOTELS INTERNATIONAL, INC. | : |
| | : |
| Plaintiff | : |
| | : |
| v. | :     Case No.: 15-cv-0676-TDC |
| | : |
| ALPH OMEGA PROPERTY MANAGEMENT, LLC, et al. | : |
| | : |
| Defendant | : |

## RETURN OF SERVICE

Plaintiff Choice Hotels International, Inc., by its undersigned attorney, submits the attached return as proof of service of the summonses and copies of the application to confirm arbitration award with attached exhibits in this action upon defendant Nick Sheth on August 5, 2015.

                                                  /s/
                                     Kristen K. Bugel, Esq.
                                     1 Choice Hotels Circle, Suite 400
                                     Rockville, MD  20850
                                     (301) 592-5191

                                     Attorney for Plaintiff
                                     Choice Hotels International, Inc.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 13th day of August, 2015, a true and correct copy of the foregoing Return of Service was mailed postage prepaid, by first class U.S. Mail, to:

Alph Omega Property Management, LLC
c/o Nick Sheth, Registered Agent
2793 Enclave Bay Dr.
Chattanooga, TN 37415

Nick Sheth
2793 Enclave Bay Dr.
Chattanooga, TN 37415

/s/
Kristen K. Bugel, Esq.