AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __Nick Sheth__
was received by me on *(date)* _____.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☒ I left the summons at the individual's residence or usual place of abode with *(name)* __Meeta Sheth__
__Spouse__, a person of suitable age and discretion who resides there,
on *(date)* __8/5/15 @ 6:15pm__ and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: __8/5/2015__

_____
Server's signature

Paul A. Ivey / SPS
Printed name and title

5543 Edmondson Pike #202
Nashville, TN 37211
Server's address

888 366 1550

Additional information regarding attempted service, etc:

# Affidavit of Process Server

United States District Court For The District Of Maryland
(NAME OF COURT)

| Choice Hotels International Inc vs | Alph Omega Property Management LLC | TDC.15.cv.0676 |
|---|---|---|
| PLAINTIFF/PETITIONER | DEFENDANT/RESPONDENT | CASE NUMBER |

I **Paul H Ivey**, being first duly sworn, depose and say: that I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to perform said service.

**Service:** I served **Nick Sheth**
NAME OF PERSON / ENTITY BEING SERVED

with (list documents) **Summons.Complaint**

by leaving with _____ At
NAME                                         RELATIONSHIP

☑ Residence **2793 Enclave Bay Road**     **Chattanooga, Tn**
ADDRESS                                    CITY / STATE

☐ Business _____
ADDRESS                                    CITY / STATE

On **8.5.2015** AT **6:15 pm**
DATE                                       TIME

☑ Inquired if subject was a member of the U.S. Military and was informed they are not.

Thereafter copies of the documents were mailed by prepaid, first class mail on _____
                                                                                    DATE

from _____
CITY    STATE    ZIP

**Manner of Service:**
☐ **Personal:** By personally delivering copies to the person being served.
☑ **Substituted at Residence:** By leaving copies at the dwelling house or usual place of abode of the person being served with a member of the household over the age of **18** and explaining the general nature of the papers.
☐ **Substituted at Business:** By leaving, during office hours, copies at the office of the person/entity being served with the person apparently in charge thereof.
☐ **Posting:** By posting copies in a conspicuous manner to the front door of the person/entity being served.

**Non-Service:** After due search, careful inquiry and diligent attempts at the address(es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):

☐ Unknown at Address    ☐ Moved, Left no Forwarding    ☐ Service Cancelled by Litigant    ☐ Unable to Serve in Timely Fashion
☐ Address Does Not Exist  ☐ Other _____

**Service Attempts:** Service was attempted on: (1) _____ (2) _____
                                                  DATE   TIME    DATE   TIME
(3) _____ (4) _____ (5) _____
DATE  TIME     DATE  TIME     DATE  TIME

**Description:** Age **45+** Sex **F** Race **O** Height **5'2** Weight **115** Hair **Blk** Beard _____ Glasses _____

_____
SIGNATURE OF PROCESS SERVER

SUBSCRIBED AND SWORN to before me this **6th** day of **August**, 20**15** by **Paul H Ivey**,
Proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_____
SIGNATURE OF NOTARY-PUBLIC

NOTARY PUBLIC for the state of **Alabama**



FORM 2    NATIONAL ASSOCIATION OF PROFESSIONAL PROCESS SERVERS